FILED

02/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0442

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0442

_____

WILLIAM SCOTT ROGERS, individually
and on behalf of all other similarly situated,

     Plaintiffs and Appellees,

  v.

                                  O R D E R

LEWIS & CLARK COUNTY,

     Defendant and Appellant.

_____

Pursuant to Appellant's motion for extension of time to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 14, 2022, within which to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 22 2022